**TOLBERT v. JACKSON et al.**
No. 8877.

Circuit Court of Appeals, Fifth Circuit.
Dec. 15, 1938.

For former opinion, see 99 F.2d 513.

O. C. Hancock and John H. Hudson, both of Atlanta, Ga., for appellant.

E. Smythe Gambrell and Ralph R. Quillian, both of Atlanta, Ga., for appellees.

On motion to modify or clarify opinion and for a rehearing.

Before SIBLEY, HUTCHESON, and HOLMES, Circuit Judges.

PER CURIAM.

It is apparent from the opinion itself that the court was not deciding any controverted issue of fact, but was accepting as true the facts alleged in the plaintiff's declaration or complaint. The case was ordered remanded to the state court for a trial on the merits, as to which we expressed no opinion. A modification or clarification of the opinion in this respect is unnecessary, and the motion to this effect is overruled. Also, the petition for a rehearing is denied.